**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOIS DIVISION**

| | |
|---|---|
| MARYBETH JAMERSON,<br>          *Plaintiff*, | )<br>)<br>) |
| v. | ) **Cause No. 3:17-CV-00175-NJR-RJD** |
| | ) |
| CREDIT CONTROL, LLC.,<br>          *Defendants*. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff Marybeth Jamerson ("Plaintiff") and Defendant Credit Control, LLC, ("Credit Control") hereby notify the Court that Plaintiff and Credit Control have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before April 24, 2017.

Respectfully submitted this 15th day of March, 2017

/s/ *Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 15th day of March, 2017. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Joe Rudy
Credit Control
Joe.rudy@credit-control.com


/s/ Travis W. Cohron
Travis W. Cohron, No. 29562-30
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
tcohron@bhclegal.com
*Counsel for Plaintiff*