IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARYBETH JAMERSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CV-175-NJR-RJD |
| CREDIT CONTROL, LLC, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court,

**IT IS ORDERED AND ADJUDGED** that pursuant to the notice of dismissal filed May 3, 2017 (Doc. 7), and the Order dated May 4, 2017 (Doc. 8), this cause of action is voluntarily **DISMISSED with prejudice**.

DATED:   May 4, 2017

JUSTINE FLANAGAN, Acting Clerk

By:  s/Deana Brinkley
     Deputy Clerk

APPROVED:  s/ Nancy J. Rosenstengel
           NANCY J. ROSENSTENGEL
           United States District Judge